

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00282-CV

**FLORESVILLE INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

Kendra **PETITT,**
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW1800453
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant has filed a motion extend its briefing deadline by ninety days so that the parties may engage in mediation. The motion is unopposed. We therefore GRANT the motion. Appellant's brief is due November 8, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court